IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| DEBBIE LAI, | CV 17–125–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| WALGREEN, CO., an Illinois corporation, | |
| Defendant. | |

The Court is aware that Defendant submitted a "Stipulated Protective Order" in this case to the Court's Proposed Order email address on December 13, 2017. While the Court appreciates the parties' agreement concerning the protective order, if the parties are desirous of some form of court action in regards to this stipulation, the Court requires the filing of a motion.

DATED this 14th day of December, 2017.

Dana L. Christensen, Chief Judge
United States District Court