IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
JUL 1 8 2018
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| DEBBIE LAI, | CV 17–125–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| WALGREEN, CO., | |
| Defendant. | |

Defendant having filed an Unopposed Motion for Leave to File Exhibits Under Seal (Doc. 18),

IT IS ORDERED that Defendant's Motion (Doc. 18) is GRANTED. Defendant's exhibits currently lodged with the clerk, shall be filed under seal.

DATED this 18th day of July, 2018.

Dana L. Christensen, Chief Judge
United States District Court

-1-