IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| DEBBIE LAI, | CV 17–125–M–DLC |
| --- | --- |
| Plaintiff, | |
| vs. | ORDER |
| WALGREEN, CO., | |
| Defendant. | |

Pursuant to the Parties' Stipulation of Dismissal of All Claims with Prejudice (Doc. 32),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot. The jury trial set for December 17, 2018, is VACATED.

DATED this 30th day of August, 2018.

Dana L. Christensen, Chief Judge
United States District Court

1